445 A.2d 1203

**Patricia M. Randolph BANK**

v.

**Melvin A. BANK, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 18, 1982.

Decided May 26, 1982.

John J. D'Angelo, Julian Eule, Philadelphia, for appellant.

Mary Bell Hammerman, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM:

Order affirmed. See *Bacchetta v. Bacchetta*, 498 Pa. 227, 445 A.2d 1194 (1982).

NIX, J., files a dissenting opinion.

FLAHERTY, J., files a dissenting opinion in which LARSEN, J., joins.

NIX, Justice, dissenting.

I would reverse the Order of the Court of Common Pleas for the reasons set forth in my dissenting opinion in *Bacchetta v. Bacchetta*, 498 Pa. 227, 445 A.2d 1194 (1982).

FLAHERTY, Justice, dissenting.

I dissent for the reasons set forth in my Dissenting Opinion this day filed in *Bacchetta v. Bacchetta*, 498 Pa. 227, 445 A.2d 1194 (1982).

LARSEN, J., joins this dissenting opinion.